UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

------------------------------------x
ALLSTATE INSURANCE COMPANY, :
:
Plaintiff, : Case No. 3:15-cv-00240
:
v. :
:
MELISSA PAPANEK, :
:
Defendant. :
:
:
------------------------------------x

## AGREED ORDER

This matter coming to be heard on the agreement of Plaintiff Allstate Insurance Company ("Allstate") and Defendant Melissa Papanek ("Papanek") for a preliminary injunction, due notice having been given and the Court being fully advised:

**IT IS HEREBY ORDERED:**

1. Until further order of this Court, Papanek is enjoined from using, possessing or having access to any Allstate confidential information. Allstate "confidential information" includes:

> insurance needs of customers; pricing information; business plans of Allstate; information regarding the names, addresses, and ages of policyholders or prospective policyholders of Allstate; types of policies; amounts of insurance; premium amounts; the description and location of insured property; the expiration or renewal dates of policies; policyholder listings and any policyholder information subject to any privacy law; claim information; certain information and matters identified by Allstate as confidential or information considered a trade secret and that is identified in the contracts between Allstate and Papanek or that is identified in the instant Complaint; and any information concerning any matters affecting or relating to the pursuits of Allstate that is not otherwise lawfully available to the public and that has been provided by or obtained from Allstate by Papanek.

22418472v.1

2. The restrictions found in paragraph 1 apply to Papanek and her agents, companies (including the Papanek Agency), representatives, associates, employees (including the employees of the Papanek Agency), and anyone acting in concert or participation with Papanek.

DATED: November 24, 2015

_____
The Honorable Thomas M. Rose

**Agreed to by:**

s/ J. Scott Humphrey
J. Scott Humphrey (admitted *pro hac vice*)
Illinois State Bar No. 6239169
Kristine R. Argentine (admitted *pro hac vice*)
Illinois State Bar No. 6302850
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite, 2400
Chicago, IL 60603
P: 312-460-5000
F: 312-460-7332
Attorneys for Plaintiff


s/ James P. Fleisher
James P. Fleisher (0059509)
Bieser, Greer, Landis LLP
400 PNC Center
6 North Main Street
Dayton, OH 45402
P: 937-223-3277
F: 937-223-6339
Attorneys for Defendant