UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.

MELISSA PAPANEK, *et al.*,

    Defendants.

Case No. 3:15-cv-240

Magistrate Judge Michael J. Newman
(Consent Case)

___

**ORDER AND ENTRY GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CLAIMS AGAINST DEFENDANT MICHAEL PAPANEK (DOC. 256)**

___

This civil consent case is before the Court Plaintiff's motion to voluntarily dismiss claims it has asserted against Defendant Michael Papanek with prejudice. Doc. 256. For good cause shown, Plaintiff's motion is **GRANTED** and all claims asserted by Plaintiff against Defendant Michael Papanek are hereby **DISMISSED WITH PREJUDICE**. All other claims asserted in this action remain pending. The Clerk is **ORDERED** to **TERMINATE** Defendant Michael Papanek as a party to this action.

    **IT IS SO ORDERED.**


Date:   September 7, 2018

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge