UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.

MELISSA PAPANEK, *et al.*,

    Defendants.

Case No. 3:15-cv-240

Magistrate Judge Michael J. Newman
(Consent Case)

___

**ORDER**
___

This civil consent case came before the Court for an informal discovery conference on September 11, 2019. Attorneys Kristine Argentine and Sarah Perez appeared on behalf of Plaintiff and Attorney Jim Fleisher appeared on behalf of defendant. Counsel reported that the parties had reached an impasse regarding two discovery issues: (1) Defendant's request to depose Ted Stefanov, a former employee of Plaintiff; and (2) Defendant's request for the telephone numbers of Cathy Fouty, Tom Schmitt, and Jamie Newton. The Court hereby **PERMITS** Defendant to depose Mr. Stefanov at a place agreeable by the parties or, if the parties are unable to reach agreement, no further than thirty (30) miles from Mr. Stefanov's residence. The Court also **ORDERS** Plaintiff to produce the three telephone numbers as requested by Defendant.

Counsel for Plaintiff also informed the Court that the deposition of Plaintiff, Melissa Papanek, is scheduled for after the September 27, 2019 discovery deadline. Plaintiff's unopposed motion to extend the discovery deadline for the limited purpose of taking Ms. Papanek's deposition is hereby **GRANTED**.[1] Finally, Plaintiff made an oral motion for leave to file a memorandum in

---

[1] The parties also confirmed that summary judgment will not be impacted by this late deposition.

opposition to Defendant's motion for summary judgment that exceeds the page limit found in the Local Rules and the Dayton General Order. Defendant did not voice an objection. The Court hereby **RESCINDS** the page limit for Plaintiff's summary judgment opposition and for Defendant's reply. Should either party file a document exceeding twenty pages, counsel shall comply with the requirements of Local Rule 7.2(a)(3) and include "a combined table of contents and a succinct, clear, and accurate summary, not to exceed five pages."

    **IT IS SO ORDERED.**

Date:  September 12, 2019                            s/ Michael J. Newman
                                                                         Michael J. Newman
                                                                         United States Magistrate Judge