UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.

MELISSA PAPANEK, *et al.*,

    Defendants.

Case No. 3:15-cv-240

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL (DOC. 322)**

---

This civil case is before the Court on Defendants' motion for leave to file an exhibit under seal. Doc. 322. This document contains Allstate proprietary information related to Allstate's processes and business plan related to the sale of agencies and is being filed in support of Defendants' Reply Memorandum in Support of Defendants' Partial Motion for Summary Judgment on October 4, 2019. The Court, having reviewed the Defendants' motion, finds that compelling reasons justify the filing of Exhibit 1 under seal because it contains protected trade secrets and proprietary information that could harm Allstate's competitive advantage. Therefore, this Court **GRANTS** Defendants' leave to file Exhibit 1 under seal (doc. 322).

    **IT IS SO ORDERED.**

Date:   December 2, 2019

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge