UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.

MELISSA PAPANEK, *et al.*,

    Defendants.

Case No. 3:15-cv-240

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR A PRETRIAL SCHEDULING ORDER (DOC. 399)**

---

This civil case is before the Court on the parties' joint motion for a pretrial scheduling order. Doc. 399. For good cause shown, and absent objection, the parties' joint motion (doc. 399) is **GRANTED**. The parties agreed to exchange initial deposition designations on or before **January 6, 2020**. The parties shall also make the following exchanges:

| | |
|---|---|
| Objections to initial deposition designations: | **January 8, 2020** |
| Objections to exhibits: | **January 8, 2020** |
| Objections to counter-designations: | **January 10, 2020** |

Allstate shall file any reply in support of its motion seeking adverse inferences on or before **January 10, 2020**. The Court sets a hearing on **January 14, 2020** at **10:00 am** on said motion.

    **IT IS SO ORDERED.**

Date:  January 7, 2020                    s/ Michael J. Newman
                                                             Michael J. Newman
                                                             United States Magistrate Judge